1  McGREGOR W. SCOTT
   United States Attorney
2  ADA E. BOSQUE
   Department of Justice
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (202) 514-0179

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7
   AHMED FAROOQ,                    )   CV F-07-1370-AWI-DLB
8                                   )
              Plaintiff,            )
9                                   )   JOINT STIPULATION
         v.                         )
10                                  )   ORDER REMANDING ACTION
   MICHAEL CHERTOFF, *et al.*,      )
11                                  )
              Defendants.           )
12 _____)

13      This is an immigration case in which plaintiff alleges that
14 defendants have delayed in the adjudication of plaintiff's
15 Application for Naturalization, and seeks a *de novo* determination of
16 that Application pursuant to 8 U.S.C. § 1447(b).  The United States
17 Citizenship and Immigration Services ("CIS") wishes to re-interview
18 plaintiff.  Once plaintiff has been re-interviewed, the matter will
19 be ripe for adjudication.  Accordingly, the parties stipulate that
20 the case be remanded with instructions to the United States
21 Citizenship and Immigration Services to re-interview plaintiff and
22
23
24
25
26
27

djudicate the application within 60 days from the date of the order of remand.

Dated: December 11, 2007                 Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Ada E. Bosque
                                         ADA E. BOSQUE
                                         Department of Justice
                                         Respondent's Counsel


Dated: December 11, 2007                 /s/ Edwin R. Litwin
                                         Edward R. Litwin
                                         Plaintiff's Counsel


**ORDER**

In this action to address delay in the processing of plaintiff's application for naturalization, the parties stipulate to a remand to the United States Citizenship and Immigration Service to re-interview plaintiff and adjudicate the application within 60 days. Based on the parties' stipulation and good cause, IT IS HEREBY ORDERED that this matter is remanded to United States Citizenship and Immigration Service to re-interview plaintiff and adjudicate the application within 60 days of this order.

IT IS SO ORDERED.

**Dated:   December 12, 2007**             /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

2